IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CHARLES CONYERS,

      Petitioner,

v.                                  Case No. 5D15-4188

STATE OF FLORIDA,

      Respondent.

_____/

Opinion filed April 1, 2016

Petition for Belated Appeal
A Case of Original Jurisdiction.

Charles Conyers, Live Oak, pro se.

Pamela Jo Bondi, Attorney General
Tallahassee, and, Kaylee D. Tatman
Assistant Attorney General, Daytona
Beach, for Respondent.

PER CURIAM.

The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the April 27, 2015 (Violation of Probation) judgments and sentences in Case Nos. 05-2013-55778 and 05-2013-CF-55822, in the Circuit Court in and for Brevard County, Florida. See Fla. R. App. P. 9.141(c)(6)(D).

      PETITION GRANTED.


ORFINGER, TORPY, WALLIS, JJ., concur.